| | | | |
|---|---|---|---|
| Com. v. Thomas | 1302 EDA 2015<br>Appeal<br>dismissed | 07/22/2016 | CP–51–CR–0011987–<br>2014<br>(Philadelphia) |
| Com. v. Heyward | 1408 EDA 2015<br>Affirmed | 07/22/2016 | CP–51–CR–0012398–<br>2013<br>(Philadelphia) |
| Com. v. Jackson | 1622 EDA 2015<br>Affirmed | 07/22/2016 | CP–51–CR–0608891–<br>2004<br>(Philadelphia) |
| Com. v. Pennington | 1746 EDA 2015<br>Affirmed | 07/22/2016 | CP–51–CR–0014597–<br>2009<br>(Philadelphia) |
| Com. v. Warren | 2246 EDA 2015<br>Vacated and<br>Remanded | 07/22/2016 | CP–23–CR–0001483–<br>2015<br>(Delaware) |
| Com. v. Jones | 2249 EDA 2015<br>Affirmed | 07/22/2016 | CP–51–CR–0013365–<br>2012<br>(Philadelphia) |
| Com. v. Pitts | 2360 EDA 2015<br>Reversed and<br>Remanded | 07/22/2016 | CP–51–CR–0005714–<br>2011<br>(Philadelphia) |
| Federal National Mortgage v. Kawah | 2704 EDA 2015<br>Affirmed | 07/22/2016 | September term, 2014<br>No. 140902577<br>(Philadelphia) |
| Com. v. Washington | 2812 EDA 2015<br>Affirmed | 07/22/2016 | CP–15–CR–0002998–<br>2014<br>(Chester) |
| Com. v. Lee | 2827 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/22/2016 | CP–23–CR–0003286–<br>2015<br>(Delaware) |
| Devon Service, LLC v. Hanly | 50 EDA 2016<br>Affirmed | 07/22/2016 | No. 2013–11554<br>(Delaware) |
| Devon Service, LLC v. Hanly | 65 EDA 2016<br>Affirmed | 07/22/2016 | 2013–11676<br>(Delaware) |
| Com. v. Guzman–Rodriguez [40] | 302 MDA 2015<br>Affirmed | 07/22/2016 | CP–06–CR–0000607–<br>2014<br>(Berks) |
| Com. v. Wright | 1299 MDA 2015<br>Affirmed | 07/22/2016 | CP–36–CR–0000878–<br>2005<br>CP–36–CR–0000883–<br>2005<br>CP–36–CR–0000895–<br>2005<br>CP–36–CR–0000947–<br>2005<br>CP–36–CR–0001381–<br>2005<br>CP–36–CR–0001834–<br>2005<br>(Lancaster) |

40. Petition for reargument denied October 03, 2016.